377 A.2d 182

Commonwealth v. Nobles, Appellant.

566

Submitted June 28, 1976. George A. Bachetti, for appellant; Deborah E. Glass and Steven H. Goldblatt, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.